IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARILYN ALEXANDER, THOMAS KIRKENDOLL, and STEPHEN THOMPSON, and GREG HUGHES, <br><br> Plaintiffs, <br><br> v. <br><br> TENNESSEE VALLEY AUTHORITY, <br><br> Defendant. | ) ) ) ) ) Civil No. 3:08-0943 ) Judge Trauger ) ) ) ) ) |

## **O R D E R**

It is hereby **ORDERED** that this case is set for a case management conference on June 7, 2010 at 1:30 p.m.

It is so **ORDERED**.

ENTER this 20th day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge