IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARILYN ALEXANDER, THOMAS KIRKENDOLL, and STEPHEN THOMPSON, and GREG HUGHES, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:08-0943 Judge Trauger |
| v. | ) ) | |
| TENNESSEE VALLEY AUTHORITY, | ) ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby ORDERED that the case management conference scheduled for June 7, 2010 is RESET for Friday, June 18, 2010, at 2:30 p.m. Should this setting present difficulties for any counsel, they should confer amongst themselves and with Judge Trauger's courtroom deputy in order to secure an alternative date and time that works for all parties.

It is so **ORDERED**.

ENTER this 1st day of June 2010.

_____
ALETA A. TRAUGER
U.S. District Judge