Motion GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MARILYN ALEXANDER, THOMAS KIRKENDOLL, STEPHEN THOMPSON, GREG HUGHES**, Individually and on Behalf of All Others Similarly Situated, <br> Plaintiffs, <br><br> v. <br><br> **TENNESSEE VALLEY AUTHORITY**, <br> Defendant. | Case No. 3:08-0943 <br><br> Hon. Trauger |

## MOTION FOR JOINDER OF OPT-IN PLAINTIFFS

Plaintiffs, pursuant to 29 U.S.C. 216(b), move for joinder of all persons who have given written consent to become a party as indicated in **Exhibit 1** to the brief in support of this motion. The individuals who have given consent are or were employed by Defendant in the positions of Maintenance Coordinator, Maintenance Supervisor, or Shift Operations Supervisor and all claim that they should be non-exempt workers under the FLSA and should be paid overtime for work in excess of 40 hours in one week. Thus, all opt-in persons are similarly situated to the named plaintiffs, who did or do occupy the same positions with the defendant corporation and make the same claims under the FLSA.

Respectfully submitted:

/s/ Jerry Gonzalez
Jerry Gonzalez (018379)
**Jerry Gonzalez PLC**
2441-Q Old Fort Parkway
No. 381
Murfreesboro TN 37128
Telephone: 615-360-6060
jgonzalez@jglaw.net

1