IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARILYN ALEXANDER, THOMAS )
KIRKENDOLL, STEPHEN )
THOMPSON, and GREG HUGHES, )
individually and on behalf of all others ) No. 3-08-0943
similarly situated, as Class )
Representatives )
)
v. )
)
TENNESSEE VALLEY AUTHORITY )

O R D E R

The parties' joint motion to administratively close case pending outcome of mediation (Docket Entry No. 75) is GRANTED.

This case is hereby ADMINISTRATIVELY CLOSED, and the Clerk is directed to close the case on the records of the Court.

However, either or both parties may move to reopen the case if mediation is unsuccessful.

As a result, the pretrial conference and trial, rescheduled by order entered July 28, 2012 (Docket Entry No. 74), on January 23, 2013, and February 5, 2013, respectively, are CANCELLED.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge